IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY WAYLAND FORRESTER                                            PLAINTIFF

v.                              No: 4:17-cv-00656 PSH

LACRETIA FLOWERS, *et al.*                                         DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE